## COOPER INDUSTRIES, INC.; Cooper Tools Division, Plaintiffs—Appellants,

v.

LAGRAND TIRE CHAINS; Lagrand Companies; Lagrand Industrial Chain Supply; Lagrand Traction Products; Lagrand Shoe Chains; Lagrand Skidder Tire Chains; Lagrand Steel Company; Lagrand Steel Corp.; Brian Lagrand; John H. Hart; Lagrand Protection Chains; Diane Lagrand, husband and wife; Diane Lagrand, individually; Richard Hagerty, individually; Jane Doe Hagerty, husband and wife; aka Allwest Transport, aka Allwest Transport and Chain, All West Transport, Inc., All–West Transport II, LLC.; Clarise Janet Kahl Trust; Deborah Kahl; Sutton and Johnson, Inc., dba Sutton's Tire and Chain; Ronald Sutton; Quality Chain Corporation; Richard Schmunk, individually, Defendants—Appellees.

No. 02–36148.

D.C. No. CV–00–00800–ALH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 4, 2004.

Decided May 4, 2004.

John P. Crowell, Portland, OR, for Plaintiffs–Appellants.

Thomas A. Larkin, Stewart, Sokol & Gray, LLC, Portland, OR, Dennis W. Percell, Arnold, Gallagher, Saydack, Percell, Roberts, & Potter PC, Eugene, OR, for Defendants–Appellees.

Before HUG, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM *

The district court judgment in this matter is affirmed for the reasons set forth in its opinion.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

